UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL    JS-6

Case No. 8:25cv00283 CBM (DFMx)    Date: June 13, 2025

Title    *CHRISTOPHER ZSARNAY; ET AL v. MOEHAIR USA INC.; ET AL*

Present: The Honorable: Consuelo B. Marshall, United States District Judge

| V.R. Vallery | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:   (IN CHAMBERS)**

Case should have been closed on entry dated May 21, 2025, with this Court's in chambers order re: defendants' motion to dismiss [18].

Initials of Preparer    CMJ for VRV

00: 00